FILED
2010 Jan-27 PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BERTHA GRANT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-J-1104-S |
| | ) |
| CYNTHIA S. WHEELER-WHITE; | ) |
| ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on January 5, 2010, recommending that the petition for writ of habeas corpus be dismissed without prejudice to the petitioner to re-file a habeas petition in this court after she exhausts the remedies available to her in state court. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED without prejudice. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 27th day of January 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE